IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

RANDY V. MALLARI,

                Plaintiff,

vs.

ANDREA G. DATINGALING, et al.,

                Defendants.

No. 2:13-cv-1164-HRH

O R D E R

Case Dismissed

Having considered the parties' *Notice of Settlement and Joint Motion for Dismissal with Prejudice*,[1] filed September 15, 2014, and good cause appearing,

IT IS ORDERED dismissing this matter with prejudice, with the parties to bear fees and costs as set forth in the parties' settlement agreement.

DATED at Anchorage, Alaska, this  18th  day of September, 2014.

                                    /s/ H. Russel Holland
                                    United States District Judge

---

[1] Docket No. 32.